MARGARITA GONZÁLEZ ROJAS ET AL., Plaintiffs and Appellants, v. PLAZUELA SUGAR COMPANY ET AL., Defendants and Appellees, and EMILIANO GONZÁLEZ ROJAS ET AL., Interveners and Appellants.

No. 5116. Argued December 2, 1929.—Decided December 10, 1929.

E. Martínez Avilés and M. A. González, for plaintiffs-appellants. G. Zeno Sama, for appellees. U. Crespo Jr., for interveners.

MR. JUSTICE TEXIDOR delivered the opinion of the court.

We have before us a motion to strike out the brief of the appellants and to dismiss the appeal.

Really the appellants have failed to comply with Rules 42 and 43 of this court. The statement of the case should be drawn up in a simple and concise manner, and this has not been done in the case herein.

Although two or more assignments of error may be jointly argued, they should be so argued as to avoid mixing them up in such a way that it is difficult to identify the particular point discussed.

Every assignment of error must be discussed or argued, and the task of ascertaining to which of them each paragraph or page of the brief refers must not be left to the court. What the litigant can and should do himself, must not be passed on to the court to do.

The court, however, may exercise its discretion, as it has done heretofore on similar occasions, in order to give a party the opportunity to rectify an error.

Accordingly the motion to dismiss is overruled, and the appellants are granted fifteen days for filing an amended brief.